THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 07 2022
PER _____ /s/
DEPUTY CLERK

KENNETH RAMIREZ, :
:
        Plaintiff, :
v. : 3:20-CV-1936
: (JUDGE MARIANI)
COMMONWEALTH OF :
PENNSYLVANIA, et al. :
:
        Defendants. :

---

KENNETH RAMIREZ, :
:
        Plaintiff, :
v. : 3:21-CV-1076
: (JUDGE MARIANI)
COMMONWEALTH OF :
PENNSYLVANIA, et al. :
:
        Defendants. :

**ORDER**

AND NOW, THIS **7th** DAY OF MARCH, 2022, upon review of Magistrate Judge Martin Carlson's Report and Recommendation ("R&R") (3:20-cv-1936, Doc. 41; 3:21-cv-1076, Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (3:20-cv-1936, Doc. 41; 3:21-cv-1076, Doc. 14) is **ADOPTED** for the reasons set forth therein.

2. Civil action No. 3:21-cv-1076 shall be **CONSOLIDATED** at No. 3:20-cv-1936.

3. Defendant's motion to dismiss (3:21-cv-1076, Doc. 8) is **TERMINATED**.

4. All further filings shall be made under civil action No. 3:20-cv-1936.

5. The Clerk of Court is directed to **CLOSE** civil action No. 3:21-cv-1076.

6. Civil action No. 3:20-cv-1936 is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge